BALBI v. DUVET.

Solicitor for a client residing in France filed a bill ; but such client was then
dead. As soon as he knew the fact, he notified the defendant's solicitor ; but
the latter continued proceedings on his part. The court stayed them on mo-
tion ; and gave him costs only to the day he had notice of the death.

*Aug.* 11,
1840.

*Practice.*
*Costs.*
*Death of*
*complain-*
*ant.*

MOTION to restrain the solicitor for the defendant from tak-
ing any further steps in the cause ; on the ground of the com-
plainant's death.

The complainant resided in France ; and was, in fact, dead
at the time the bill was filed. When the news of her decease
came out, the counsel for the complainant notified the solici-
tor of the defendant of such death ; but such solicitor continued
proceedings by putting in a plea. He was requested to make
out his costs and a proposition was made to submit them to
the taxing officer ; this, he refused to do and kept on with
his proceedings.

Mr. *Marbury*, for the motion.

Mr. *Lockwood*, contra.

THE VICE-CHANCELLOR :—I think it is proper to make an
order on the defendant and her solicitor to stay all further pro-
ceedings on the part of the defendant—proceedings on the part
of the complainant are, of course, at an end, since any steps
that might be taken would be nugatory. As the defendant has
been brought into court, her solicitor is entitled to costs, but
only up to the nineteenth day of June, when he received notice,
from the complainant's solicitor, of her death. From that time
the defendant's solicitor should have forborne to take any pro-
ceedings, except merely to ask for his costs ; and I think he
ought to have acceded to the proposition made to him on that
subject and not have put the complainant's solicitor and coun-
sel to the necessity of making this application. While, there-
fore, he is to have his costs of the suit to be taxed for all his

proceedings to the eighteenth day of June inclusive, he must pay costs to the complainant of the present motion to be taxed. The costs, when taxed, to be set off and the balance paid.

Order accordingly for a stay of proceedings and the payment of costs.